# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>AGUSTIN JAIME ENRIQUEZ-JIMENEZ,<br><br>              Defendant. | 8:18CR359<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture, ECF No. 35. The Court has reviewed the record in this case and finds as follows:

1. On July 19, 2019, the Court entered a Preliminary Order of Forfeiture, ECF No. 28, pursuant to 21 U.S.C. § 841 and 21 U.S.C. § 853 based upon the defendant's plea of guilty to Count One and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, defendant's interest in the $10,229.00 U.S. currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 23, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 23, 2019. ECF No. 34.

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

A.  The Motion for Final Order of Forfeiture, ECF No. 35, is hereby granted.

B.  All right, title and interest in and to the $10,229.00 U.S. currency held by any person or entity is hereby forever barred and foreclosed.

C.  The $10,229.00 U.S. currency is hereby forfeited to the United States of America.

D.  The United States is directed to dispose of said property in accordance with law.

Dated this 9th day of October, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge